1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  JENNIFER GASPAR (CABN 266726)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       E-Mail: jennifer.gaspar@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION


UNITED STATES OF AMERICA,          )   No. CR11-00328 PJH (LB)
                                   )
       Plaintiff,                  )
                                   )   STIPULATION AND [PROPOSED]
       v.                          )   ORDER EXCLUDING TIME UNDER THE
                                   )   SPEEDY TRIAL ACT FROM JUNE 28,
DERRICK DAMON KENT,                )   2011 TO JULY 13, 2011
                                   )
       Defendant.                  )
                                   )

                              **STIPULATION**

   Defendant Derrick Damon Kent appeared before the Honorable Laurel Beeler for a detention hearing on June 28, 2011. At the hearing, the parties jointly requested that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), so that defense counsel would have additional time to investigate this matter, confer with defendant, and prepare for motion and for trial in this matter, taking into account the exercise of due diligence. For the reasons stated on the record on June 28, 2011, the parties jointly request that time be excluded

//

//

under the Speedy Trial Act from June 28, 2011, to July 13, 2011.

DATED: July 8, 2011

/s/                                           /s/
JENNIFER GASPAR                   ANGELA HANSEN
Special Assistant United States Attorney    Assistant Federal Public Defender
Counsel for United States                Counsel for Derrick Damon Kent

## [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from June 28, 2011, to July 13, 2011. The parties agreed, and the Court finds and holds, as follows:

1. Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have additional time to investigate this matter, confer with defendant, and prepare for motion and for trial in this matter, taking into account the exercise of due diligence.

2. Given these circumstances, the Court finds that excluding the period from June 28, 2011, to July 13, 2011, from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of Defendant Kent, the period from June 28, 2011, to July 13, 2011, is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: ___July 11___, 2011

HON. LAUREL BEELER
United States Magistrate Judge